CHRISTOPHER J. CHRISTIE
United States Attorney
Newark, New Jersey

Dennis J. Canning
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 231
Fax: (212) 264-6372
dennis.canning@ssa.gov
DC6113

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------ x
MARK BAILEY,                                     :
                                                 :
      Plaintiff,                                :       **Hon. Joel A. Pisano**
                                                 :
      v.                                        :       **Civil Action No. 04-4172**
                                                 :
                                                 :       **CONSENT ORDER TO REMAND**
COMMISSIONER OF                                  :       **PURSUANT TO SENTENCE 4 OF**
SOCIAL SECURITY,                                 :       **42 U.S.C. § 405(g)**
                                                 :
      Defendant.                                :
------------------------------------------------ x

      This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, and Dennis J. Canning, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

      IT IS on this _10th_ day of _May_, 2005;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 111 S. Ct. 2157 (1991).

_____
Joel A. Pisano, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

CHRISTOPHER J. CHRISTIE
United States Attorney

By: _____
Dennis J. Canning
Special Assistant U.S. Attorney


LANGTON & ALTER

By: _____
Abraham S. Alter
Attorney for Plaintiff